1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT FOR THE
9   NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and ELENA SANCHEZ, Revenue Officer,** ) ) | **NO. C-05-3523-SBA** |
| Petitioners, ) ) | |
| v. ) ) | **ORDER ENFORCING SUMMONS** |
| **DANNY CHI HO,** ) ) | |
| Respondent. ) ) | |

This case having come on for hearing on December 6, 2005, at 1:00 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Danny Chi Ho, shall appear before Revenue Officer Elena Sanchez, or any other designated agent, on January 10, 2006, at 9:30 a.m., at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, 6th Floor, Collection 1952, San Francisco, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons (attached to the Verified Petition to Enforce Internal Revenue Service Summons as **Exhibit A**) and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this __6th__ day of December, at Oakland, California.

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE