```
 1  KEVIN V. RYAN  (CSBN 118321)
    United States Attorney
 2  JAY R. WEILL  (CSBN. 75434)
    Assistant United States Attorney
 3  THOMAS MOORE  (ASBN 4305-T78O)
    Assistant United States Attorney
 4    10th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102
      Telephone:  (415) 436-6935
 6
    Attorneys for United States of America
 7
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and ELENA SANCHEZ, Revenue Officer,** )<br>)<br>) **Petitioners,** )<br>)<br>v. )<br>)<br>**DANNY CHI HO,** )<br>)<br>**Respondent.** )<br>) | No. C-05-3523-SBA<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

On December 6, 2005, the Order Enforcing Summons was entered. On January 10, 2006, the respondent complied with the Order Enforcing Summons.

Because Respondent has complied with the summons, the United States of America asks that this matter be dismissed with prejudice.

                                                    Respectfully submitted,

                                                    KEVIN V. RYAN<br>
                                                    United States Attorney

Dated: January 10, 2006              /s/ Thomas Moore<br>
                                                    THOMAS MOORE<br>
                                                    Assistant United States Attorney

**IT IS SO ORDERED.**

  **ORDERED** this   12   day of <u>January</u>, 2006 at Oakland, California.

                                                      *Saundra B Armstrong*<br>
                                                      UNITED STATES DISTRICT JUDGE